KYH/TCP: USAO #2026R00261

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *    CRIMINAL NO. <u>BAH-26-162</u> |
| v. | * |
| | *    **(Assaulting, Resisting, or Impeding** |
| CORNELIUS QUEEN, | *    **Certain Officers or Employees, 18** |
| | *    **U.S.C. § 111(a)(1); Interference with** |
| Defendant. | *    **Security Screening Personnel, 49** |
| | *    **U.S.C. § 46503(a))** |
| | * |

**\*\*\*\*\*\*\*\*\*\***

## INDICTMENT

### COUNT ONE
**(Assaulting, Resisting, or Impeding Certain Officers or Employees)**

The Grand Jury for the District of Maryland charges that:

On or about April 2, 2026, in the District of Maryland, the Defendant,

**CORNELIUS QUEEN,**

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with Lead Transportation Security Officer (LTSO) M.S. and LTSO A.M. of the Transportation Security Administration, who are designated officers and employees of the United States pursuant to 18 U.S.C. § 1114, while LTSO M.S. and LTSO A.M. were engaged in the performance of their official duties, and in so doing, caused physical contact with LTSO M.S. and LTSO A.M.

18 U.S.C. § 111(a)(1)

KYH/TCP: USAO #2026R00261

## COUNT TWO
### (Interference with Security Screening Personnel)

The Grand Jury for the District of Maryland charges that:

On or about April 2, 2026, in the District of Maryland, the Defendant,

**CORNELIUS QUEEN,**

in an area within the Baltimore/Washington International Thurgood Marshall Airport (BWI), a commercial service airport in the United States, did knowingly assault Lead Transportation Security Officer (LTSO) M.S. and LTSO A.M. of the Transportation Security Administration, federal employees who had security duties within BWI, and such assault interfered with the performance of LTSO M.S., LTSO A.M., and nearby TSA employees' duties and lessened the ability of LTSO M.S., LTSO A.M., and other TSA employees to perform their security duties, more specifically, by approaching LTSO M.S. in a threatening manner and assaulting LTSO M.S. and LTSO A.M. with his body at a BWI security screening checkpoint.

49 U.S.C. § 46503(a)

Kelly O. Hayes / TCP

Kelly O. Hayes
United States Attorney

**SIGNATURE REDACTED**

FOREPERSON

5/6/26

Date